JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| JESSE LOPEZ, | ) | No. ED CV 12-00635-JVS (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: December 13, 2012

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE